FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB - 3 2026
TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

Date 01-24-2026

The Honorable Judge Miller 4:24-CR-00006-BSM
United States District Court Eastern District of AR
Richard Sheppard Arnold United States Courthouse
500 West Capitol Avenue Little Rock, AR 72201

Re: Request for Medical Review and Hospital Evaluation - Greene County Jail

Your Honor,

With the utmost respect, I am writing to inform the Court of serious concerns regarding the medical care I have received while in custody at Greene County Jail, and to respectfully request the Court's review of my medical situation.

On October 6, I was injured during transport while in custody. Since that date, I have experienced ongoing and significant pain. The medical evaluation provided has been limited to X-rays, and despite the continued nature of my symptoms, I have been seen by only one physician during this period.

Rather than receiving further diagnostic evaluation or referral to a hospital, I have been prescribed medications that have caused severe side effects. Due to these reactions, I have had to decline certain medications, not due to refusal of care, but out of concern for my health and safety.

I have consistently reported my symptoms and requested additional medical evaluation. However, my requests for hospital care have been denied, and my condition has not improved. I am concerned that the lack of appropriate medical assessment may result in further deterioration of my health.

Your Honor, I respectfully ask the Court to consider ordering a comprehensive medical evaluation at a hospital, as I believe this is necessary to properly assess and address my condition.
I am not requesting special treatment, only appropriate medical care consistent with my current condition.

Thank you for your time and consideration. I respectfolly submit this request to the Court and appreciate any review or guidance the Court deems appropriate.

Respectfolly

Sadie Ranferi Gonzalez

20250332?
Greene County Jail
N1-2.